IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-WY-1360 (BNB)

EDELTRAUD CARLSON,

Plaintiff,

v.

GOLD MINE TOURS, INC. d/b/a MOLLY KATHLEEN GOLD MINE,

Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 21 2005

GREGORY C. LANGHAM
CLERK

---

### Order Granting Motion to Withdraw as Counsel of Record

This matter comes before the Court on Mr. Matthew E. Willis's Motion to Withdraw as Counsel of Record. Since Mr. Willis has left the employment of the defendant's counsel, the Court **GRANTS** Mr. Willis's Motion to Withdraw as Counsel of Record. Any and all notices should continue to be forwarded to the attention of Catherine A. Tallerico, Esq., of Fowler, Schimberg & Flanagan, P.C., counsel for Gold Mine Tours, Inc. d/b/a Molly Kathleen Gold Mine.

Dated this 19th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE
SITTING BY DESIGNATION